IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD3 SOLUTIONS II INC.<br><br>Defendant. | **Case No.** 2:25-cv-01141-AJS |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

The Motion for *Pro Hac Vice* appearance of Anthony Paronich is GRANTED.

Dated: _____

_____
United States District Judge