# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>CD3 SOLUTIONS II INC.<br><br>          Defendant. | Case No. 2:25-cv-01141 |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

The Motion for *Pro Hac Vice* appearance of Anthony Paronich is GRANTED.

Dated:  August 15, 2025

_____
United States District Judge