# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated,** | ) |
| | ) |
| ———————————————————— | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. 2:25-cv-01141 |
| v. | ) |
| | ) |
| **CD3 SOLUTIONS II INC.** | ) |
| | ) |
| ———————————————————— | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CD3 SOLUTIONS II INC. in Broward County, FL on July 30, 2025 at 10:42 am at 3360 NE 6TH AVE, OAKLAND PARK, FL 33334 by leaving the following documents with Carl Davis who as Officer is authorized by appointment or by law to receive service of process for CD3 SOLUTIONS II INC..

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT

Black or African American Male, est. age 45-54, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.1690916667,-80.1383278333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Broward County                          ,

FL           on      7/31/2025          .

/s/ *Marian Forster*

Signature
Marian Forster
+1 (561) 809-3650

